Charles Chaplin, Appellant, v. Vitagraph-Lubin-Selig-Essanay, Inc., and Another, Respondents.— Order affirmed, with ten dollars costs and

disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.